Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21–11809–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Heath J. Shulas
1329 Seneca Road
North Brunswick, NJ 08902–1429

Debra L. Shulas
1329 Seneca Road
North Brunswick, NJ 08902–1429

Social Security No.:
   xxx–xx–1302                                                       xxx–xx–6230

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          5/12/21
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 24, 2021
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court