Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−11809−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Heath J. Shulas
1329 Seneca Road
North Brunswick, NJ 08902−1429

Debra L. Shulas
1329 Seneca Road
North Brunswick, NJ 08902−1429

Social Security No.:
  xxx−xx−1302                           xxx−xx−6230

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             5/12/21
Time:             10:00 AM
Location:           Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 24, 2021
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                     Case No. 21-11809-MBK

Heath J. Shulas                                                                     Chapter 13

Debra L. Shulas

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 24, 2021 | Form ID: 132 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Heath J. Shulas, Debra L. Shulas, 1329 Seneca Road, North Brunswick, NJ 08902-1429 |
| 519130528 | + | Citibank, N.A./The Home Depot, c/o Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519130532 | + | Discover Bank, c/o Zwicker & Associates, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |
| 519130533 | | Discover It, PO Box 71084, Charlotte, NC 28272-1084 |
| 519130534 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519130538 | | LVNV Funding, Successor, Sofi Lending Corp, Original Creditor, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519145344 | | Shop Your Way Mastercard, PO Box 78024, Phoenix AZ 85062-8024 |
| 519130539 | + | Sofi Lending Corp/LVNV Funding, c/o United Collection Bureau, Inc., 5620 Southwyck Boulevard, Toledo, OH 43614-1501 |
| 519130540 | + | Synchrony Bank/Amazon, c/o Second Round, LP, PO Box 41955, Austin, TX 78704-0033 |
| 519130542 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 519130543 | | Verizon, c/o EOS CCA, PO Box 981025, Boston, MA 02298-1025 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2021 23:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2021 23:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519145477 | | Email/Text: ally@ebn.phinsolutions.com | Mar 24 2021 21:37:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519130525 | | Email/Text: ally@ebn.phinsolutions.com | Mar 24 2021 21:37:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 519130526 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2021 00:52:58 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519132826 | + | Email/Text: bankruptcy@cavps.com | Mar 24 2021 23:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519130527 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2021 00:52:49 | Citibank, N.A./Best Buy, PO Box 6204, Sioux Falls, SD 57117-6204 |
| 519130529 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2021 00:27:58 | Citibank/Costco, PO Box 9001037, Louisville, KY 40290-1037 |
| 519130531 | | Email/Text: mrdiscen@discover.com | Mar 24 2021 21:37:00 | Discover, PO Box 15251, Wilmington, DE 19886-5251 |
| 519130530 | | Email/Text: electronicbkydocs@nelnet.net | Mar 24 2021 23:55:00 | Dept of Ed/Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 519135524 | | Email/Text: mrdiscen@discover.com | Mar 24 2021 21:37:00 | Discover Bank, Discover Products Inc, PO Box |

District/off: 0312-3                          User: admin                          Page 2 of 2

Date Rcvd: Mar 24, 2021                       Form ID: 132                         Total Noticed: 29

| | | | |
|---|---|---|---|
| | | | 3025, New Albany, OH 43054-3025 |
| 519130535 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2021 00:40:56 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 519130536 | Email/Text: PBNCNotifications@peritusservices.com | Mar 24 2021 21:37:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519134439 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 25 2021 00:28:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519130537 | Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 00:26:44 | Lowe's, PO Box 965054, Orlando, FL 32896-5054 |
| 519132101 | + Email/PDF: gecsedi@recoverycorp.com | Mar 25 2021 00:26:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519130541 | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 25 2021 00:40:51 | The Home Depot/CBNA, PO Box 7032, Sioux Falls, SD 57117-7032 |
| 519132976 | + Email/Text: electronicbkydocs@nelnet.net | Mar 24 2021 23:55:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET SUITE 201, LINCOLN NE 68508-1911 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Stephanie F. Ritigstein | on behalf of Joint Debtor Debra L. Shulas mail@jenkinsclayman.com  kevin@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Debtor Heath J. Shulas mail@jenkinsclayman.com  kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4