| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Heath J. Shulas<br>Debra L. Shulas<br><br><br>                        Debtor(s) |

Case No.: 21-11809 / MBK

Chapter 13

Hearing Date:

Judge: Michael B. Kaplan

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtors' Claim of Exemptions the reason(s) set forth below:

**(1) The exemptions taken by the debtors leave equity of $67,943 that needs to be paid to unsecured creditors. This takes into account the online estimate house value of $420,000.**

**(2) The debtors cannot take 10% cost of sale when valuing the vehicle**

Dated:  July 20, 2021

/s/ Albert Russo
_____
Albert Russo, Standing Chapter 13 Trustee
By:  Erik Collazo, Staff Attorney

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Heath J. Shulas<br>Debra L. Shulas<br><br><br>            Debtor(s) | Case No.: 21-11809 / MBK<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS**

The Standing Chapter 13 Trustee, Albert Russo, submits his objection(s) to the Debtors' Claim of Exemptions the reason(s) set forth below:

**(1) The exemptions taken by the debtors leave equity of $67,943 that needs to be paid to unsecured creditors. This takes into account the online estimate house value of $420,000.**

**(2) The debtors cannot take 10% cost of sale when valuing the vehicle**

Dated:  July 20, 2021                                          /s/ Albert Russo
                                                                              _____
                                                                              Albert Russo, Standing Chapter 13 Trustee
                                                                              By:  Erik Collazo, Staff Attorney