| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Rhondi Lynn Schwartz<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorney for Debtor(s) | |
| In Re:<br><br>Heath and Debra Shulas<br><br>Debtors | Case No.:  _____21-11809_____<br><br>Judge:  _____MBK_____<br><br>Chapter:  13 |

Recommended Local Form:      ☐ Followed      ☐ Modified

# PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Heath and Debra Shulas_____, upon my oath according to law, hereby certify as follows:

1. The below information is being supplied for compliance with the Confirmation Hearing date on _____August 25, 2021_____.

2. The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3. The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.       If the Confirmation hearing date stated in Paragraph 1 is adjourned for any reason, an updated Certification will be filed with the Court prior to any subsequent Confirmation hearing date in the event any of the information contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

*Heath and Debra Shulas*

DATED: August 25, 2021                                 _____
                                                                        Signature of Debtor

DATED: _____                 _____
                                                                        Signature of Joint Debtor

# Signature Certificate

Document Ref.: FMFZF-UMP8U-FNZJY-RTMQV

Document signed by:



**Heath and Debra Shulas**

Verified E-mail:
pack81leader@gmail.com



| IP: 24.188.48.255 | Date: 25 Aug 2021 19:25:28 UTC |

Document completed by all parties on:
25 Aug 2021 19:25:28 UTC

Page 1 of 1

Signed with PandaDoc.com

PandaDoc is a document workflow and certified eSignature solution trusted by 25,000+ companies worldwide.

