UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:
   HEATH J. SHULAS
   DEBRA L. SHULAS

   Debtor

Case No.: 21-11809 MBK

Chapter: 13

Judge: Michael B. Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: The minutes of 8/25/21 confirmation are amended to correct the begin date of final tier as follows; PLAN CONFIRMED $3,375 PAID TO DATE (5), $750 X 26 MONTHS BEGINNING 9/1/21; $1,453 X 29 BEGINNING 11/1/23.

_____

Date: 9/3/21

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*