Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−11809−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Heath J. Shulas
1329 Seneca Road
North Brunswick, NJ 08902−1429

Debra L. Shulas
1329 Seneca Road
North Brunswick, NJ 08902−1429

Social Security No.:
  xxx−xx−1302

xxx−xx−6230

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 7, 2021.

Dated: September 7, 2021
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Heath J. Shulas  
Debra L. Shulas  
    Debtors

Case No. 21-11809-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Sep 07, 2021      Form ID: plncf13      Total Noticed: 38

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Heath J. Shulas, Debra L. Shulas, 1329 Seneca Road, North Brunswick, NJ 08902-1429 |
| app | + | Charles Sweeney, Sea Girt Appraisal Services, POB 93, Sea Girt, NJ 08750-0093 |
| 519255399 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519130528 | + | Citibank, N.A./The Home Depot, c/o Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519130532 | + | Discover Bank, c/o Zwicker & Associates, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |
| 519130533 | | Discover It, PO Box 71084, Charlotte, NC 28272-1084 |
| 519168835 | | Emergency Physicians Associates of S. Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519130534 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519130538 | | LVNV Funding, Successor, Sofi Lending Corp, Original Creditor, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519145344 | | Shop Your Way Mastercard, PO Box 78024, Phoenix AZ 85062-8024 |
| 519130539 | + | Sofi Lending Corp/LVNV Funding, c/o United Collection Bureau, Inc., 5620 Southwyck Boulevard, Toledo, OH 43614-1501 |
| 519130540 | + | Synchrony Bank/Amazon, c/o Second Round, LP, PO Box 41955, Austin, TX 78704-0033 |
| 519130542 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 519187298 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519130543 | | Verizon, c/o EOS CCA, PO Box 981025, Boston, MA 02298-1025 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 07 2021 21:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 07 2021 21:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519145477 | | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2021 21:47:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519130525 | | Email/Text: ally@ebn.phinsolutions.com | Sep 07 2021 21:47:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 519130526 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2021 21:57:44 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519132826 | + | Email/Text: bankruptcy@cavps.com | Sep 08 2021 10:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519202701 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2021 21:57:44 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519130527 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2021 21:57:39 | Citibank, N.A./Best Buy, PO Box 6204, Sioux Falls, SD 57117-6204 |
| 519130529 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2021 21:57:51 | Citibank/Costco, PO Box 9001037, Louisville, KY 40290-1037 |

Case 21-11809-MBK    Doc 37    Filed 09/09/21    Entered 09/10/21 00:12:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 07, 2021 | Form ID: plncf13 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| 519130531 | Email/Text: mrdiscen@discover.com | Sep 07 2021 21:47:00 | Discover, PO Box 15251, Wilmington, DE 19886-5251 |
| 519130530 | Email/Text: electronicbkydocs@nelnet.net | Sep 07 2021 21:47:00 | Dept of Ed/Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 519135524 | Email/Text: mrdiscen@discover.com | Sep 07 2021 21:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519130535 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2021 21:57:39 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 519130536 | Email/Text: PBNCNotifications@peritusservices.com | Sep 07 2021 21:47:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519134439 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 07 2021 21:57:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519130537 | Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:48 | Lowe's, PO Box 965054, Orlando, FL 32896-5054 |
| 519169928 | + Email/Text: cashiering-administrationservices@flagstar.com | Sep 07 2021 21:48:00 | MATRIX FINANCIAL SERVICES CORP., c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519205086 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 07 2021 21:57:37 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519207637 | + Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519132101 | + Email/PDF: gecsedi@recoverycorp.com | Sep 07 2021 21:57:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519130540 | + Email/Text: bankruptcy@second-round.com | Sep 07 2021 21:48:00 | Synchrony Bank/Amazon, c/o Second Round, LP, PO Box 41955, Austin, TX 78704-0033 |
| 519130541 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 07 2021 21:57:51 | The Home Depot/CBNA, PO Box 7032, Sioux Falls, SD 57117-7032 |
| 519132976 | + Email/Text: electronicbkydocs@nelnet.net | Sep 07 2021 21:47:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET SUITE 201, LINCOLN NE 68508-1911 |
| 519197573 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 07 2021 21:57:39 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Matrix Financial Services Corp. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rhondi L. Schwartz | on behalf of Debtor Heath J. Shulas mail@jenkinsclayman.com |
| Rhondi L. Schwartz | on behalf of Joint Debtor Debra L. Shulas mail@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Joint Debtor Debra L. Shulas mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| Stephanie F. Ritigstein | on behalf of Debtor Heath J. Shulas mail@jenkinsclayman.com kevin@jenkinsclayman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8