| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-11809 / MBK**

Heath J. Shulas  
Debra L. Shulas

Petition Filed Date: 03/05/2021  
341 Hearing Date: 04/08/2021  
Confirmation Date: 08/25/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $675.00 | 75726540 | 05/03/2021 | $675.00 | 76386720 | 06/01/2021 | $675.00 | 77107590 |
| 07/06/2021 | $675.00 | 77813030 | 08/02/2021 | $675.00 | 78472920 | 09/02/2021 | $750.00 | 79184030 |
| 10/01/2021 | $750.00 | 79787670 | 11/01/2021 | $750.00 | 80541550 | 12/02/2021 | $750.00 | 81156870 |
| 01/03/2022 | $750.00 | 81840400 | 02/02/2022 | $750.00 | 82489920 | | | |

**Total Receipts for the Period: $7,875.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,875.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Heath J. Shulas | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | STEPHANIE RITIGSTEIN<br>»» ATTY DISCLOSURE | Attorney Fees | $4,087.55 | $4,087.55 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $1,853.91 | $18.99 | $1,834.92 |
| 2 | US Dept. Education c/o Nelnet | Unsecured Creditors | $12,879.20 | $131.95 | $12,747.25 |
| 3 | LVNV FUNDING LLC<br>»» SOFI LENDING | Unsecured Creditors | $43,120.73 | $441.78 | $42,678.95 |
| 4 | DISCOVER BANK | Unsecured Creditors | $11,662.44 | $119.48 | $11,542.96 |
| 5 | DISCOVER BANK | Unsecured Creditors | $21,600.40 | $221.30 | $21,379.10 |
| 6 | ALLY CAPITAL<br>»» 2017 RAM 2500 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | EMERGENCY PHYSICIAN ASSOC. OF S. JERSEY | Unsecured Creditors | $988.00 | $0.00 | $988.00 |
| 8 | MATRIX FINANCIAL SERVICES CORPORATION<br>»» P/1329 SENECA RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 9 | TOYOTA MOTOR CREDIT CORP<br>»» 2016 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $107.92 | $0.00 | $107.92 |
| 11 | CITIBANK, N.A.<br>»» SHOP YOUR WAY MC | Unsecured Creditors | $2,295.56 | $23.52 | $2,272.04 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $2,176.51 | $22.30 | $2,154.21 |
| 13 | SYNCHRONY BANK<br>»» AMAZON | Unsecured Creditors | $5,043.81 | $51.67 | $4,992.14 |
| 14 | CHARLES B SWEENEY<br>»» APPRAISAL FEES/ORD 8/18/21 | Other Administrative Fees | $750.00 | $750.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,875.00 | Plan Balance: | $57,137.00 ** |
| Paid to Claims: | $5,868.54 | Current Monthly Payment: | $750.00 |
| Paid to Trustee: | $621.23 | Arrearages: | $0.00 |
| Funds on Hand: | $1,385.23 | Total Plan Base: | $65,012.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.