| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 21-11809 / MBK**

Heath J. Shulas
Debra L. Shulas

Petition Filed Date: 03/05/2021
341 Hearing Date: 04/08/2021
Confirmation Date: 08/25/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2022 | $750.00 | 81840400 | 02/02/2022 | $750.00 | 82489920 | 03/02/2022 | $750.00 | 83116420 |
| 04/04/2022 | $750.00 | 83773640 | 05/02/2022 | $750.00 | 84390520 | 06/01/2022 | $750.00 | 85005440 |
| 06/29/2022 | $750.00 | 85554790 | 08/02/2022 | $750.00 | 86175230 | 09/01/2022 | $750.00 | 86814210 |
| 10/04/2022 | $750.00 | 87423790 | 11/01/2022 | $750.00 | 87994770 | 12/01/2022 | $750.00 | 88569720 |
| 01/04/2023 | $750.00 | 89173080 | 02/02/2023 | $750.00 | 89731060 | 03/01/2023 | $750.00 | 90265140 |

**Total Receipts for the Period: $11,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $17,625.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Heath J. Shulas | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Stephanie Ritigstein, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $4,087.55 | $4,087.55 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $1,853.91 | $182.41 | $1,671.50 |
| 2 | US Dept. Education c/o Nelnet | Unsecured Creditors | $12,879.20 | $1,267.19 | $11,612.01 |
| 3 | LVNV FUNDING LLC<br>»»  SOFI LENDING | Unsecured Creditors | $43,120.73 | $4,242.71 | $38,878.02 |
| 4 | DISCOVER BANK | Unsecured Creditors | $11,662.44 | $1,147.48 | $10,514.96 |
| 5 | DISCOVER BANK | Unsecured Creditors | $21,600.40 | $2,125.31 | $19,475.09 |
| 6 | ALLY CAPITAL<br>»»  2017 RAM 2500 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | EMERGENCY PHYSICIAN ASSOC. OF S. JERSEY | Unsecured Creditors | $988.00 | $83.69 | $904.31 |
| 8 | MATRIX FINANCIAL SERVICES CORPORATION<br>»»  P/1329 SENECA RD/1ST MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 9 | TOYOTA MOTOR CREDIT CORP<br>»»  2016 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $107.92 | $0.00 | $107.92 |
| 11 | CITIBANK, N.A.<br>»»  SHOP YOUR WAY MC | Unsecured Creditors | $2,295.56 | $225.86 | $2,069.70 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $2,176.51 | $214.15 | $1,962.36 |
| 13 | SYNCHRONY BANK<br>»»  AMAZON | Unsecured Creditors | $5,043.81 | $496.26 | $4,547.55 |

**Chapter 13 Case No. 21-11809 / MBK**

| 14 | CHARLES B SWEENEY<br>»» APPRAISAL FEES/ORD 8/18/21 | Other Administrative Fees | $750.00 | $750.00 | $0.00 |
| 0 | Jeffrey E. Jenkins, Esq.<br>»» SUB OF ATTY 2/6/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,625.00 | Plan Balance: | $47,387.00 ** |
| Paid to Claims: | $14,822.61 | Current Monthly Payment: | $750.00 |
| Paid to Trustee: | $1,386.23 | Arrearages: | $0.00 |
| Funds on Hand: | $1,416.16 | Total Plan Base: | $65,012.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**