| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 21-11809 / MBK

Heath J. Shulas  
Debra L. Shulas  

Petition Filed Date: 03/05/2021  
341 Hearing Date: 04/08/2021  
Confirmation Date: 08/25/2021  

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2023 | $750.00 | 89173080 | 02/02/2023 | $750.00 | 89731060 | 03/01/2023 | $750.00 | 90265140 |
| 04/03/2023 | $750.00 | 90916860 | 05/01/2023 | $750.00 | 91416300 | 06/01/2023 | $750.00 | 91973080 |
| 06/28/2023 | $750.00 | 92421370 | 08/02/2023 | $750.00 | 93057780 | 09/01/2023 | $750.00 | 93581580 |
| 10/03/2023 | $750.00 | 94112110 | 11/02/2023 | $1,453.00 | 94630280 | 12/04/2023 | $1,453.00 | 95108200 |
| 01/05/2024 | $1,453.00 | 95687360 | | | | | | |

**Total Receipts for the Period: $11,859.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $27,234.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Heath J. Shulas | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Stephanie Ritigstein, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $4,087.55 | $4,087.55 | $0.00 |
| 1 | CAVALRY SPV I, LLC<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $1,853.91 | $320.70 | $1,533.21 |
| 2 | US Dept. Education c/o Nelnet | Unsecured Creditors | $12,879.20 | $2,227.93 | $10,651.27 |
| 3 | LVNV FUNDING LLC<br>»» SOFI LENDING | Unsecured Creditors | $43,120.73 | $7,459.12 | $35,661.61 |
| 4 | DISCOVER BANK | Unsecured Creditors | $11,662.44 | $2,017.45 | $9,644.99 |
| 5 | DISCOVER BANK | Unsecured Creditors | $21,600.40 | $3,736.49 | $17,863.91 |
| 6 | ALLY CAPITAL<br>»» 2017 RAM 2500 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 7 | EMERGENCY PHYSICIAN ASSOC. OF S. JERSEY | Unsecured Creditors | $988.00 | $170.91 | $817.09 |
| 8 | FLAGSTAR BANK<br>»» P/1329 SENECA RD/1ST MTG/MATRIX | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 9 | TOYOTA MOTOR CREDIT CORP<br>»» 2016 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 10 | Verizon by American InfoSource as Agent | Unsecured Creditors | $107.92 | $15.08 | $92.84 |
| 11 | CITIBANK, N.A.<br>»» SHOP YOUR WAY MC | Unsecured Creditors | $2,295.56 | $397.09 | $1,898.47 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/HOME DEPOT | Unsecured Creditors | $2,176.51 | $376.51 | $1,800.00 |
| 13 | LVNV FUNDING LLC<br>»» AMAZON/SYNCHRONY | Unsecured Creditors | $5,043.81 | $872.50 | $4,171.31 |

**Chapter 13 Case No. 21-11809 / MBK**

| 14 | CHARLES B SWEENEY<br>»» APPRAISAL FEES/ORD 8/18/21 | Other Administrative Fees | $750.00 | $750.00 | $0.00 |
| 0 | Jeffrey E. Jenkins, Esq.<br>»» SUB OF ATTY 2/6/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,234.00 | Plan Balance: | $37,778.00 ** |
| Paid to Claims: | $22,431.33 | Current Monthly Payment: | $1,453.00 |
| Paid to Trustee: | $2,134.28 | Arrearages: | $0.00 |
| Funds on Hand: | $2,668.39 | Total Plan Base: | $65,012.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!** Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**