Certificate Number: 06531-NJ-DE-040698868

Bankruptcy Case Number: 21-11809



06531-NJ-DE-040698868

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 6, 2026, at 1:06 o'clock AM CST, Debra L Shulas completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:    March 6, 2026                    By:       /s/Deyanira Reyes

                                          Name:   Deyanira Reyes

                                          Title:    Certified Credit Counselor