Certificate Number: 06531-NJ-DE-040696789

Bankruptcy Case Number: 21-11809



06531-NJ-DE-040696789

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 5, 2026</u>, at <u>3:50</u> o'clock <u>PM CST</u>, <u>Heath J Shulas</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>March 5, 2026</u>          By:     <u>/s/Sharon Schroeder</u>

Name:  <u>Sharon Schroeder</u>

Title:   <u>Certified Credit Counselor</u>