**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Heath J. Shulas | Social Security number or ITIN  xxx–xx–1302 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Debra L. Shulas | Social Security number or ITIN  xxx–xx–6230 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  District of New Jersey

Case number:  21–11809–MBK

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Heath J. Shulas                         Debra L. Shulas

_7/27/26_                          **By the court:** _Michael B. Kaplan_
                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W            **Chapter 13 Discharge**            page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 21-11809-MBK |
|---|---|
| Heath J. Shulas | Chapter 13 |
| Debra L. Shulas | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 27, 2026 | Form ID: 3180W | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Heath J. Shulas, Debra L. Shulas, 1329 Seneca Road, North Brunswick, NJ 08902-1429 |
| aty | + | Denise E. Carlon, McCalla Raymer Leibert Pierce, PC, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| app | + | Charles Sweeney, Sea Girt Appraisal Services, POB 93, Sea Girt, NJ 08750-0093 |
| 519130534 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 520015694 | + | Flagstar Bank, N.A., f/k/a/ Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520015695 | + | Flagstar Bank, N.A., f/k/a/ Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098, Flagstar Bank, N.A., f/k/a/ Flagstar Ban, 5151 Corporate Drive Troy, MI 48098-2639 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2026 21:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2026 21:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519145477 | | EDI: GMACFS.COM | Jul 28 2026 01:07:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519255399 | + | EDI: AISACG.COM | Jul 28 2026 01:07:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519130525 | | EDI: GMACFS.COM | Jul 28 2026 01:07:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 519130526 | + | EDI: CITICORP | Jul 28 2026 01:07:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519132826 | + | Email/Text: bankruptcy@cavps.com | Jul 27 2026 21:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519202701 | | EDI: CITICORP | Jul 28 2026 01:07:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519130527 | | EDI: CITICORP | Jul 28 2026 01:07:00 | Citibank, N.A./Best Buy, PO Box 6204, Sioux Falls, SD 57117-6204 |
| 519130528 | + | Email/Text: ClericalSupport@tenagliahunt.com | Jul 27 2026 21:16:00 | Citibank, N.A./The Home Depot, c/o Tenaglia & Hunt, 395 West Passaic Street, Suite 205, Rochelle Park, NJ 07662-3016 |
| 519130529 | | EDI: CITICORP | Jul 28 2026 01:07:00 | Citibank/Costco, PO Box 9001037, Louisville, KY 40290-1037 |
| 519130531 | | EDI: DISCOVER | Jul 28 2026 01:07:00 | Discover, PO Box 15251, Wilmington, DE 19886-5251 |
| 519130530 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 27 2026 21:17:00 | Dept of Ed/Nelnet, 121 South 13th Street, Lincoln, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | NE 68508-1904 |
| 519130532 | + Email/Text: bkfilings@zwickerpc.com | Jul 27 2026 21:17:00 | Discover Bank, c/o Zwicker & Associates, 1020 Laurel Oak Road, Suite 303, Voorhees, NJ 08043-3518 |
| 519135524 | EDI: DISCOVER | Jul 28 2026 01:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519130533 | EDI: DISCOVER | Jul 28 2026 01:07:00 | Discover It, PO Box 71084, Charlotte, NC 28272-1084 |
| 519168835 | Email/Text: BNCnotices@dcmservices.com | Jul 27 2026 21:16:00 | Emergency Physicians Associates of S. Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519130535 | EDI: CITICORP | Jul 28 2026 01:07:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 519130536 | EDI: CAPITALONE.COM | Jul 28 2026 01:07:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519927758 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2026 21:29:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519927759 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2026 21:29:24 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519134439 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2026 21:29:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519130538 | Email/Text: signed.order@pfwattorneys.com | Jul 27 2026 21:16:00 | LVNV Funding, Successor, Sofi Lending Corp, Original Creditor, c/o Pressler, Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519130537 | EDI: SYNC | Jul 28 2026 01:07:00 | Lowe's, PO Box 965054, Orlando, FL 32896-5054 |
| 519169928 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2026 21:16:00 | MATRIX FINANCIAL SERVICES CORP., c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 520487717 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2026 21:16:00 | Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741 |
| 520487718 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 27 2026 21:16:00 | Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741 |
| 519205086 | EDI: PRA.COM | Jul 28 2026 01:07:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519145344 | EDI: CITICORP | Jul 28 2026 01:07:00 | Shop Your Way Mastercard, PO Box 78024, Phoenix AZ 85062-8024 |
| 519130539 | + Email/Text: BAN5620@UCBINC.COM | Jul 27 2026 21:16:00 | Sofi Lending Corp/LVNV Funding, c/o United Collection Bureau, Inc., 5620 Southwyck Boulevard, Toledo, OH 43614-1501 |
| 519207637 | + EDI: PRA.COM | Jul 28 2026 01:07:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519132101 | + EDI: PRA.COM | Jul 28 2026 01:07:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519130540 | + EDI: SECONDROUND.COM | Jul 28 2026 01:07:00 | Synchrony Bank/Amazon, c/o Second Round, LP, PO Box 41955, Austin, TX 78704-0033 |
| 519130541 | EDI: CITICORP | Jul 28 2026 01:07:00 | The Home Depot/CBNA, PO Box 7032, Sioux Falls, SD 57117-7032 |
| 519130542 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 27 2026 21:16:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 519187298 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 27 2026 21:16:00 | Toyota Motor Credit Corporation, PO Box 9013, |

| | | | |
|---|---|---|---|
| | | | Addison, Texas 75001-9013 |
| 519132976 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 27 2026 21:17:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET SUITE 201, LINCOLN NE 68508-1911 |
| 519197573 | + EDI: AIS.COM | Jul 28 2026 01:07:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519130543 | Email/Text: bankruptcydepartment@tsico.com | Jul 27 2026 21:17:00 | Verizon, c/o EOS CCA, PO Box 981025, Boston, MA 02298-1025 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC denise.carlon@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Jeffrey E. Jenkins | on behalf of Debtor Heath J. Shulas mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Jeffrey E. Jenkins | on behalf of Joint Debtor Debra L. Shulas mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| Laura M. Egerman | on behalf of Creditor Nationstar Mortgage LLC laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor Matrix Financial Services Corp. bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor FLAGSTAR BANK  N.A. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Flagstar Bank  N.A., f/k/a/ Flagstar Bank, FSB bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Rhondi L. Schwartz | on behalf of Debtor Heath J. Shulas mail@jenkinsclayman.com |
| Rhondi L. Schwartz | |

on behalf of Joint Debtor Debra L. Shulas mail@jenkinsclayman.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12